*Stanzler & Biener, Richard A. Skolnik,* for petitioner. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for respondent.

APPEAL No. 1809. VICTOR CORRENTE *et al. v.* TOWN OF COVENTRY *et al.* Motion to reargue denied. *John D. Lynch,* for plaintiff. *Frank J. Williams,* Town Solicitor, *Richard R. Del Sesto,* for Town of Coventry; *James F. Murphy,* for defendant, Lanbro, Inc., defendants.

APPEAL No. 1810. B. I. F. INDUSTRIES, INC. *v.* ALBION RAYMOND. Motion for a counsel fee pursuant to G. L. 1956, §28-35-32, as amended, is granted, and respondent awarded $750 for services rendered before Supreme Court. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for respondent.

APPEAL No. 1990. IN RE SHANNON. Motion of petitioner for summary reversal of decision of Family Court denied as moot. *Joseph F. Dugan,* Rhode Island Legal Services, Inc., *Gerald T. Mulligan,* West Roxbury, Mass., for petitioner. *Stephen J. Fortunato,* for respondents.

October 4, 1973.

M. P. No. 1697. CATHERINE I. BATON *v.* HAROLD W. BATON. Matter came on to be heard on October 1, 1973, on a show cause order to dismiss for lack of prosecution, and no cause being shown at said hearing, petition dismissed. *Frank S. Cappuccio,* for plaintiff-respondent. *Edward M. Botelle, Z. Hershel Smith,* for defendant-petitioner.

APPEAL No. 73-27. ARTHUR QUINT *et ux. v.* PAWTUXET VALLEY BUS LINES *et al.* Motion of plaintiffs to file a brief exceeding fifty pages is granted. *Aram A. Arabian, Frank R. Mazzeo,* for plaintiffs. *Gunning, LaFazia, Gnys & Selya,* for defendants.

APPEAL No. 73-68. GEORGE PELOSO *v.* RALPH IMPERATORE *et al.* Motion of appellant to file a brief exceeding fifty pages